ZEV SHECHTMAN (BAR NO. 266280)
Zev.Shechtman@saul.com
CAROL CHOW (BAR NO. 169299)
carol.chow@saul.com
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone:  (310) 255-6100
Facsimile:  (310) 255-6200

PAIGE N. TOPPER (admitted *pro hac vice*)
paige.topper@saul.com
SABRINA ESPINAL (admitted *pro hac vice*)
sabrina.espinal@saul.com
SAUL EWING LLP
1201 N. Market St., Suite 2300
Wilmington, Delaware 19801
Telephone: (302) 421-6800
Facsimile: (302) 421-6813

Attorneys for Heycart Inc.
Debtor and Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>HEYCART INC.,<br><br>    Debtors. | Case No. 8:24-bk-10483-TA<br><br>Chapter 11<br><br>Adversary Case No. 8:24-ap-01073<br><br>Hon. Theodor C. Albert, Crtrm. 5B |
| HEYCART INC.,<br><br>    Plaintiff,<br><br>    vs.<br><br>VICTORY MARITIME SERVICES USA, a California corporation; AURIC WORLDWIDE CARGO, a Canadian corporation; APEX GLOBAL LOGISTICS INC., a Canadian corporation; and APEX GLOBAL LOGISTICS, INC., a California corporation,<br><br>    Defendants. | **PROOF OF SERVICE OF SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]; AND COMPLAINT** |

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Saul Ewing LLP, 1888 Century Park East, Suite 1500, Los Angeles, California 90067.

A true and correct copy of the document entitled: **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]; AND; COMPLAINT FOR: 1. DECLARATORY RELIEF AND INJUNCTIVE RELIEF; 2. VIOLATION OF THE AUTOMATIC STAY AND INJUNCTIVE RELIEF; AND 3. TURNOVER OF PROPERTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On (date), I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2.    SERVED BY UNITED STATES MAIL:**

On **May 3, 2024**, I caused to be served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

  **SEE ATTACHED SERVICE LIST**

☒ Service information continued on attached page

**3.    SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date)**, ,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| **May 3, 2024** | Easter A. Santa Maria | *(signed)* Easter A. Santa Maria |
| *Date* | *Printed Name* | *Signature* |

**SERVICE LIST**
**Heycart Inc. v. Victory Maritime Services USA, et al.**
**Case No. 8:24-ap-01073-TA**

| | |
|---|---|
| Xu Chen, Agent for Service of Process<br>VICTORY MARITIME SERVICES USA<br>333 City Blvd. W, Suite 1210<br>Orange, California 92868 | Registered Agent to Receive Service of Process for Defendant Victory Maritime Services USA |
| VICTORY MARITIME SERVICES USA<br>333 City Blvd. W, Suite 1210<br>Orange, California 92868<br>Attn: Zoe Ma (Vice President) | Defendant Victory Maritime Services USA |
| Ian C. Li, Esq.<br>1050 Lakes Drive, Suite 225<br>West Covina, CA 91790 | Counsel for Defendant Victory Maritime Services USA |
| AURIC WORLDWIDE CARGO<br>3700 Steeles Avenue West, Suite 905<br>Woodbridge, Ontario<br>l4L 8K8, Canada<br>Attn: Andrew Campbell (President) | Defendant Auric Worldwide Cargo |
| APEX GLOBAL LOGISTICS INC.<br>3700 Steeles Avenue West, Suite 905<br>Woodbridge, Ontario<br>L4L8K8, Canada<br>Attn: Jessie Campbell (COO) | Defendant Apex Global Logistics Inc. (Canada) |
| Kirk J. Bettencourt, Agent for Service of Process<br>APEX GLOBAL LOGISTICS, INC.<br>2975 Oates Street, Suite 20<br>West Sacramento, California 95691 | Registered Agent to Receive Service of Process for Defendant Apex Global Logistics, Inc.(California) |

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100